UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAWANNA GILFORD,

                   Plaintiff,

-against-                    17 **CIVIL** 8033 (JPO)

**JUDGMENT**

N.Y.S. OFFICE OF MENTAL HEALTH,

                   Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2020, OMH's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
           March 31, 2020

                                                    **RUBY J. KRAJICK**
                                              _____
                                                     Clerk of Court
                          **BY:**
                                                     _____
                                                       **Deputy Clerk**